UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**00-6350**

CASE NO. _____

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
18 U.S.C. § 2           **CR - FERGUSON**

**MAGISTRATE JUDGE**
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| SEAN NELSON, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about October 20, 2000, in Broward County, in the Southern District of Florida, the defendant,

**SEAN NELSON**,         IN EXCESS OF FIVE(5) gR

did knowingly and intentionally possess with intent to distribute ~~at least fifty (50)~~ grams of a

Schedule II controlled substance, that is, a mixture and substance containing a detectable amount

of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT II

On or about November 8, 2000, in Broward County, in the Southern District of Florida, the defendant,

**SEAN NELSON,**

did knowingly and intentionally possess with intent to distribute at least fifty (50) grams of a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT III

On or about November 14, 2000, in Broward County, in the Southern District of Florida, the defendant,

**SEAN NELSON,**

did knowingly and intentionally possess with intent to distribute at least five (5) grams of a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code,

-cr-06350-ASG    Document 3    Entered on FLSD Docket 12/14/2000    P

Sections 841(a)(1), (b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL:

*Leonard Roth*
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA    CASE NO. _____

v.    **CERTIFICATE OF TRIAL ATTORNEY*** 

SEAN NELSON _____    **Superseding Case Information**:

**Court Division**: (Select One)

    ___ Miami    ___ Key West
    _X_ FTL    ___ WPB   ___ FTP

New Defendant(s)    Yes ___    No ___
Number of New Defendants   ___
Total number of counts   ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __no__
   List language and/or dialect _____

4. This case will take __2-3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                     *Kathleen Rice* (signature)
                                     KATHLEEN RICE
                                     ASSISTANT UNITED STATES ATTORNEY
                                     Florida Bar No. 100765

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name** SEAN NELSON    **Case No.** _____

Count #: 1

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

21 U.S.C. § § 841(a)(1), (b)(1)(A)

**Max. Penalty:**    10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

Count #: 2

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

21 U.S.C. § 841(a)(1), (b)(1)(A)

**Max. Penalty:**    10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

Count #: 3

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

21 U.S.C. § 841(a)(1), (b)(1)(B)

**Max. Penalty:**    5 YEARS' MANDATORY MINIMUM TO 40 YEARS' IMPRISONMENT; $2,000,000 FINE

Count #:

**Max. Penalty:**

Count #.

**Max. Penalty:**

Count #:

**Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
**Southern District of Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

SEAN NELSON

## INDICTMENT

21 USC § 841(a)(1)
21 USC § 841(b)(1)(A)
21 USC § 841(b)(1)(B)
18 USC § 2

A true bill.

_____
Foreperson

Filed in open court this

_____ day,

of _____ A.D. 19 _____

Bail, $ _____

_____
Clerk

No: _____