## *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

SEAN NELSON

**WARRANT FOR ARREST**

CASE NUMBER: 00-6350

CR-FERGUSON

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __SEAN NELSON__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | |Information | | |Complaint | | |Order of court | | |Violation Notice | | |Probation Violation Petition

MAGISTRATE JUDGE
SNOW

charging him or her with (brief description of offense)
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

in violation of Title __21__ United States Code, Section(s) __841(a)(1), (b)(1)(A), (b)(1)(B)__

__Clarence Maddox__
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

Issuing Officer

12/14/00 at Fort Lauderdale, Florida
Date and Location

LURANA S. SNOW

Bail fixed at __PRETRIAL DETENTION__ *requested* by __MAGISTRATE JUDGE__
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest