## *United States District Court*

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _ 530 656

UNITED STATES OF AMERICA

V.

SEAN NELSON

**WARRANT FOR ARREST**

CASE NUMBER: **00-6350**

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest__ SEAN NELSON __

**CR-FERGUSON**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X |Indictment | |Information | |Complaint | |Order of court | |Violation Notice | |Probation Violation Petition

**MAGISTRATE JUDGE
SNOW**

charging him or her with (brief description of offense)
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

in violation of Title 21 United States Code, Section(s) __ 841(a)(1), (b)(1)(A), (b)(1)(B) __

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

Issuing Officer

12/14/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at _ PRETRIAL DETENTION _ requested by _ MAGISTRATE JUDGE _

LURANA S. SNOW
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____
Self surrender to USMS Ft. Lauderdale, Fl

| DATE RECEIVED 12/14/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassoen, U.S. Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/3/01 | | Edward Purchase, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest