UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6350-CR-FERGUSON

UNITED STATES OF AMERICA

vs

SEAN NELSON

FILED by _____ D.C.
APR 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on APRIL 4, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:  Address: __CUSTODY__

Telephone: ____

DEFENSE COUNSEL:  Name: _James Walker_
Address: ____

Telephone: ____

BOND SET/CONTINUED:  $ _temp PTD_

Bond hearing held: yes____ no _X_ Bond hearing set for _4-10-01_

Dated this __4TH__ day of __APRIL__, 2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Dizney Butler_
Deputy Clerk

Tape No. _01-C17_

cc: Copy for Judge
    U. S. Attorney