UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. $OO-6350\ CR.\ FERGuson$

UNITED STATES OF AMERICA,

v.

SEAN NELSON

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

FILED by _____ D.
APR 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW  JAMES O. WALKER III , and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: April 4, 2001

Attorney _James O. Walker_
Address  1339 N.E. 4 th Ave.
City  Ft. Lauderdale  State  FL   Zip  33304
Telephone  (954) 527-1194
Florida Bar No.  294829
Fax No.  (954) 527-1189

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_Sean Nelson_

/10