APR 4 2001

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55699-004

UNITED STATES OF AMERICA )
             Plaintiff  ) Case Number: CR 00-6350-CR-WDF
                        ) REPORT COMMENCING CRIMINAL
      -vs-              )         ACTION
                        )
SEAN NELSON             )
         Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court           (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".  SELF SURR

(1) Date and Time of Arrest: 4-3-01    am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PWID COCAINE

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 10-22-1977

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: SELF SURR

(10) Agency: USM    (11) Phone: _____

(12) Comments: _____

13