## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | |
|---|---|---|
| DEFT: SEAN NELSON (J) | CASE NO: | 00-6350-CR-FERGUSON |
| AUSA: KATHLEEN RICE /s/ Bruce Brown | ATTY: | JAMES WALKER - pm |
| AGENT: | VIOL: | |
| PROCEEDING: PTD HEARING | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: | |
| BOND SET @: 25,000 CSB w/Nebb To be cosigned by: | | |

FILED by D.C. APR 10 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D.␣OF␣FLA FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

*Stipulated bond set -*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 4/10/01   TIME: 10:30   FTL/LSS TAPE # 01 - **019**   Begin: **2199**   End: **2250**



15