UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6350-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA    )
                            )
                            )
                            )
v.                          )
                            )
SEAN NELSON,                )
                            )
        Defendant.          )
_____)

### GOVERNMENT'S NOTICE OF UNAVAILABILITY

The United States, by and through the undersigned Assistant United States Attorney, hereby notifies the Court and the parties that the undersigned will be out of the district from May 4, 2001 through May 8, 2001, and respectfully requests that no trials, hearings, motions, or other matters be set during this time period.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 East Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255 ext. 3512
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this ___16___ day of April, 2001 to: James O. Walker, III, Esquire, 1339 N.E. 4th Avenue, Fort Lauderdale, Florida 33304.

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

2