HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __SEAN NELSON_____ CASE NO: __00-6350-CR-FERGUSON__

AUSA __KATHLEEN RICE__ /Behnke/ ATTY __JAMES WALKER, ESQ.__ —pris

Disc out - no pending motions;
get ready - Motions due May 8   O21 @ 2779

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DATE __4/25/01_____ TIME __11:00_____

APR 2 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.