UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6350-CR-FERGUSON

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

SEAN NELSON, :

    Defendant. :

_____

FILED by _____ D.C.
APR 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**STATUS REPORT**

A status conference was held in this cause on April 25, 2001. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. Counsel for the defendant shall have until May 8, 2001, within which to file pretrial motions.

    3. Counsel for the defendant may be commencing a trial on May 14, 2001, and will file a motion for continuance if necessary.

DATED at Fort Lauderdale, Florida, this 27 day of April, 2001.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Kathleen Rice (FTL)
James Walker, Esq.