**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
MAY 14 2001

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6350-CR-WDF__  Date: __May 14, 2001__
Clerk: __Deloris McIntosh__  Reporter: __Anita La Rocca__
USPO: _____  Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __SEAN NELSON (J)__

AUSA: __Kathleen Rice__
Defendant(s) Counsel: __James O. Walker III, Esq.,__

Defendant(s) Present __✓__ Not Present _____ In Custody _____
Reason for hearing: __CALENDAR CALL__

Result of hearing: __Reset for 5/29/01 @ 3:15__
__Motion for continuance granted; motion to Dismiss__
__Indictment, denied__

Case Continued to: __5/29/01__ Time: __3:15__ p.M. __Calendar Call__

