UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6350-CR-FERGUSON



UNITES STATES OF AMERICA,

    Plaintiff,

vs.

SEAN NELSON,

    Defendant.
_____/

## ORDER ON DEFENDANT'S
## MOTION TO DISMISS INDICTMENT

THIS CAUSE having come before the court upon Defendant's Motion To Dismiss the Indictment heretofore filed in this case, the court having reviewed its file, the motion and pleadings directed thereto, and being otherwise fully advised in the premises, it is thereupon

CONSIDERED, ADJUDGED AND ORDERED that:

1. Defendant's Motion To Dismiss Indictment shall be and is hereby ~~granted~~ DENIED.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida this 15TH day of May, 2001.

WILKIE D. FERGUSON,
UNITED STATES DISTRICT JUDGE

Copies furnished:

James O. Walker, III, Esq., Attorney for Defendant
Kathleen Rice, Esq., Attorney for Plaintiff

