**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*[MAY 29 2001 stamp]*

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. _00-6350-CR-WDF_     Date: May 29, 2001

Clerk: _Deloris McIntosh_    Reporter: _Anita LaRocca_

USPO: _____ Interpreter: _____

**UNITED STATES OF AMERICA vs.** _SEAN Nelson (B)_

AUSA: _Kathleen Rice_

Defendant(s) Counsel: _James O. Walker, III, Esq._

Defendant(s) Present_____ Not Present_____ In Custody_____

Reason for hearing: __CALENDAR CALL__

Result of hearing: _Discovery out; Ready for Trial_

Case Continued to:_____ Time:_____ A.M. _____


26