

UNITED STATES OF AMERICA            UNITED STATES DISTRICT COURT
Plaintiff,                          SOUTHERN DISTRICT OF FLORIDA

vs.                                 Case No. 00-6350-CR-FERGUSON

SEAN NELSON, (B)                    SENTENCING DATE
Defendant.

_____

TO:  DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

     By direction of the Honorable WILKIE D. FERGUSON, JR., United
States District Judge, YOU ARE HEREBY ORDERED to appear in the
United States District Court for the Southern District of Florida
on **August 17, 2001** at **9:30 A.M.** for imposition of sentence.
On the date, report to the U.S. Courthouse, Courtroom, 207A, 2nd
Floor, Federal Courthouse, 299 East Broward Boulevard, Fort
Lauderdale, Florida, where sentence will be imposed.  You will
receive no further notice.

     If the above-named defendant has executed a bond with this
Court, this notice advises the defendant that failure to appear as
directed herein could result in his/her being charged with a
violation of the Comprehensive Crime Control Act (18 U.S.C. Sec.
3146), which carries a maximum sentence of up to ten (10) years
imprisonment and a fine of $25,000, or both, if convicted.

     IT IS FURTHER ORDERED that a Presentence Investigation and
Report (PSR) to this Court will be completed and a copy made
available to the parties and their counsel.  DEFENSE COUNSEL AND
THE DEFENDANT, IF ON BOND ARE TO REPORT THIS DATE TO THE UNITED
STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER
INSTRUCTION).

     IT IS FURTHER ORDERED that the U.S. Attorney's Office
immediately provide U.S. Probation Department the necessary
information to prepare the Prosecution Section of the Presentence
Report.

DATED:_____June 5, 2001_____          CLARENCE G. MADDOX,II
                                        Court Administrator/
COUNSEL: James Walker, EsqD               Clerk of Court

RECEIVED: June 5, 2001_____

GOVERNMENT: AUSA, Kathleen Rice         BY:_____
                                           Deputy Clerk