**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF FLORIDA**

AUG 16 2001
CLARENCE MADDOX
CLERK U.S.
S. D. OF F.A. DIST. CT.
FT. LAUD.

U.S.A. vs. Sean Nelson                                    Docket No. 00-6350-CR-FERGUSON

Petition for Action on Conditions of Pretrial Release

COMES NOW Kathleen Shannon-Hunt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Sean Nelson, who was released on bond by the Honorable Lurana S. Snow sitting in the Court at Ft Lauderdale, on April 10, 2001, with no special conditions of release.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

The Broward County Sheriff Office conducted a traffic stop on the defendant on June 21, 2001. The officer conducting the stop was familiar with the defendant and was aware that his licence had been suspended. A search of the defendant revealed he had $1023.00 and less than 20 grams of cannabis in his pants pocket. The cannabis field tested positive for marijuana. The defendant was subsequently arrested and charged with possession of cannabis and no valid drivers license. In addition the officer served outstanding warrants for resisting arrest without violence, licence suspended or revoked, and driving with suspended licence.

PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S BOND REVOKED AND THE DEFENDANT HELD WITHOUT BOND PENDING A HEARING PURSUANT TO 18 U.S.C. 3148.

ORDER OF COURT                                            Respectfully,

Considered and ordered this _6 TH_ day
of _Aug_, 2001 and ordered filed and
made a part of the records in the above case.

_____          Kathleen Shannon-Hunt
Honorable Wilkie D. Ferguson, Jr.           U.S. Pretrial Services Officer
U.S. District Judge                          Place: Ft Lauderdale

Date: August 3, 2001