SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ C.
AUG 17 2001

CASE # __00-6350-CR-FERGUSON__

DEFENDANT __SEAN NELSON (B)__  JUDGE __WILKIE D. FERGUSON__

Deputy Clerk __Deloris McIntosh__  DATE __8/17/01__

Court Reporter __Carl Schanzleh__  USPO __Donald Jefferson__

AUSA __Bruce Brown / Kathleen Rice__  Deft's Counsel __James O. Walker III, Esq.,__

COUNTS DISMISSED __All Others__

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.   10 Days to Appeal

____ Sentencing cont'd until __/__/__ at _____ **AM** / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
|  |  | 120 | 2 |

Supervised Release

| Probation | Years | Months | Counts |
|---|---|---|---|
|  |  | 5 | 2 |

Comments __Participate in drug treatment program; Maintain Full-time Employment__

Assessment $ __100__     Fine $ __N/A__

Restitution /Other _____

__X__ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

31