UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STAES OF AMERICA,   CASE No.: 00-6350-CR-FERGUSON

Plaintiff,

vs.

SEAN NELSON,

Defendant,
_____/

NIGHT BOX
FILED

SEP 19 2001

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

COMES NOW James O. Walker, III, Attorney for Defendant below, pursuant to Rule 4 of the Federal Rules of Appellate Procedure, and moves this Court for the entry of an Order extending Defendant's right to file his Notice of Appeal in the above styled case, and as grounds in support of this Motion avers that:

1. Defendant herein was sentenced on August 17, 2001.

2. An Amended Judgment was entered on or about September 4, 2001, subsequent to the original Judgment in this case.

3. More than ten (10) days have elapsed since the Defendant's sentence and the judgments entered thereon.

4. Subsequent to his sentence in this case, Defendant was taken into custody and held in custody at the Federal Detention Center at 33 N. E. 4th Street, Miami, Dade County, Florida.

5. On or about September 13, 2001, the undersigned received communication that Defendant desires to take an appeal from his conviction and sentenced in this case.

6. The undersigned, a solo practitioner, has not had the opportunity to visit with Defendant to discuss and explore the pros and cons of his desire to appeal; Defendant, before his telephone privileges were curtailed, for whatever reason, did personally and through third persons leave messages for the undersigned to visit with him at the Federal Detention Center at Miami.



7. Because of the undersigned's other engagements, recent events, and holiday periods, the undersigned has not, at the time of this Motion, been able to visit with Defendant.

8. There has been no agreement, discussions or arrangements between the undersigned and Defendant relative to this desire to appeal this case, and the undersigned has made arrangements to visit with Defendant not later than Saturday, September 22, 2001, to discuss all matters relative to an appeal.

9. Rule 4 of the Federal Rules of Appellate Procedure provide for this court to grant an extension of Defendant's time within which to file his Notice of Appeal beyond the ten (10) days period in this case.

WHEREFORE, Defendant prays that the Court grant this Motion and extend his right to file his Notice of Appeal for nine (9) days from the date of this Motion to September 28, 2001.

JAMES O. WALKER, III, Esq.
Attorney for Defendant
1339 N. E. 4th Avenue
Fort Lauderdale, FL 33304
(954) 527-1194
FL Bar No.: 294829

I HEREBY CERTIFY that a copy hereof has been furnished to the Office of Kathleen Rice, Esq., AUSA, 500 E. Broward Boulevard, 7TH Floor, Ft. Lauderdale, Florida 33394, by mail/hand delivery, this __19__ day of September, 2001.

JAMES O. WALKER, III, Esq.
Attorney for Defendant
1339 N. E. 4th Avenue
Fort Lauderdale, FL 33304
(954) 527-1194
FL Bar No.: 294829