UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
        Plaintiff,

Case No.  00-6350-CR-FERGUSON

Vs.

SEAN NELSON,
        Defendant.
_____/



## ORDER GRANTING MOTION FOR EXTENSION OF TIME
## TO FILE NOTICE OF APPEAL

THIS CAUSE is before the Court on the Sean Nelson's Motion For Extension Of Time To File Notice Of Appeal. Defendant's motion is **GRANTED**. A notice of appeal shall be filed no later than October 20, 2001.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 16th _____ of October 2001.

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

Kathleen Rice, AUSA
James O. Walker, III, Esq.,
1339 N.E. 4th Avenue
Ft. Lauderdale, FL 33304

35