USDC FLSD 245B (Rev. 9/00) - Judgment in a Criminal Case                                                       Page 1 of 6

# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

**A-M-E-N-D-E-D**

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

v.

Case Number: 00-6350-CR-FERGUSON

**SEAN NELSON**

Counsel For Defendant: James O. Walker III
Counsel For The United States: Kathleen Rice
Court Reporter: Carl Schanzleh

The defendant pleaded guilty to **Count TWO (2)** of the Indictment. Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 USC §841(a)(1) | POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE | November 14, 2000 | TWO (2) |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

ALL OTHER Count(s) are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 10/12/1977
Deft's U.S. Marshal No.: 55699-004

Defendant's Mailing Address:
5413 Flagler Street
Hollywood, FL 33021

Defendant's Residence Address:
5413 Flagler Street
Hollywood, FL 33021

Date of Imposition of Sentence:
August 17, 2001

WILKIE D. FERGUSON JR.
United States District Judge

August 31, 2001

00-6350-cr-ASG

No further action required by
the U.S. Marshals Service.

JAMES A. TASSONE
UNITED STATES MARSHAL

SDUSM ED PURCHASE