USDC FLSD 245B (Rev. 9/00) - Judgment in a Criminal Case                                                Page 2 of 6

DEFENDANT: SEAN NELSON
CASE NUMBER: 00-6350-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **120 Months.**

The Court recommends to the Bureau of Prisons:

The defendant was remanded to Custody of the U.S. Marshal Service

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __10-5-2001__ to __MARVIN D. MORRISON__

at __FCI FORREST CITY__, with a certified copy of this judgment.

MARVIN D. MORRISON
~~UNITED STATES MARSHAL~~ WARDEN

By: _____
~~Deputy U.S. Marshal~~