DEFENDANT: SEAN NELSON
CASE NUMBER: 00-6350-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **120 Months**.

The Court recommends to the Bureau of Prisons:

The defendant was remanded to Custody of the U.S. Marshal Service

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __10-5-2001__ to __MARVIN D. MORRISON__
at __FCI FORREST CITY__, with a certified copy of this judgment.

            MARVIN D MORRISON
            UNITED STATES MARSHAL

By: _____
        Deputy U.S. Marshal