UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6350-Cr-Ferguson

-------------------------------------------------X

UNITED STATES OF AMERICA,
        Plaintiff,

    --Vs.—

SEAN NELSON,
        Defendant.
-------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Benson B. Weintraub, Esq. hereby enters an appearance as counsel of record on behalf of the referenced defendant for post-conviction proceedings in the District Court only.

Respectfully submitted,

**BENSON B. WEINTRAUB, PA**
Counsel for Defendant
1 East Broward Blvd. # 700
Ft. Lauderdale, FL. 33301
Tel. 954 713 8018
Fax 954 713 8019
http://federalsentencing.net

By: _____
BENSON B. WEINTRAUB
Florida Bar No. 0486418

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing notice was delivered by mail this 31st day of October 2001 to: KATHLEEN RICE, AUSA 500 East Broward Blvd. 7th Floor, Ft. Lauderdale, FL. 33301; and USPO, 299 East Broward Blvd. Ft. Lauderdale, FL. 33301

_____