UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**THE UNITED STATES OF AMERICA,**       )
                                        )        CASE NUMBER
            PLAINTIFF,                  )        00-6350-CR-FERGUSON
                                        )
     VS.                                )
                                        )
**SEAN NELSON,**                        )        THIS VOLUME:
                                        )        PAGES 1 - 12
            DEFENDANT.                  )
_____)

TRANSCRIPT OF SENTENCING HAD BEFORE THE HONORABLE

WILKIE D. FERGUSON, JR., IN FORT LAUDERDALE, BROWARD COUNTY,

FLORIDA, ON FRIDAY, AUGUST 17, 2001, IN THE ABOVE-STYLED

MATTER.


APPEARANCES:

FOR THE GOVERNMENT:    BRUCE BROWN, A.U.S.A.

FOR THE DEFENDANT:     JAMES O. WALKER, III, ESQ.



CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE