UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**THE UNITED STATES OF AMERICA,**       )
                                        )    CASE NUMBER
            PLAINTIFF,                  )    00-6350-CR-FERGUSON
                                        )
      VS.                               )
                                        )
**SEAN NELSON,**                        )    THIS VOLUME:
                                        )    PAGES 1 - 21
            DEFENDANT.                  )
_____)

TRANSCRIPT OF PLEA COLLOQUY HAD BEFORE THE

HONORABLE WILKIE D. FERGUSON, JR., IN FORT LAUDERDALE,

BROWARD COUNTY, FLORIDA, ON TUESDAY, JUNE 5, 2001, IN THE

ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    KATHLEEN RICE, A.U.S.A.

FOR THE DEFENDANT:     JAMES O. WALKER, III, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

PLEASE REFER TO COURT FILE