UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6350-Cr-Ferguson/Snow

01-7813

------------------------------------------------X

UNITED STATES OF AMERICA,
        Plaintiff,

Vs.

SEAN NELSON,
        Defendant.
------------------------------------------------X

CIV-FERGUSON
MAGISTRATE JUDGE
SNOW

## DECLARATION OF SEAN NELSON

1. I am the movant-defendant in the above-captioned case. I am presently incarcerated at FCI Forrest City, AR.

2. Immediately after the sentence was imposed, I expressed a desire to my retained counsel, James Walker, III, Esq., to appeal my case.

3. While being taken from the court, I did not have an adequate opportunity to consult with my attorney regarding the appeal.

4. Despite requests from my family, counsel did not come to FDC to interview me until at least three weeks after sentencing.

5. At that time, I again requested that a notice of appeal be filed.

6. It is my understanding that Mr. Walker never filed a notice of appeal on my behalf.



7. I seek to appeal my case and have retained new counsel to assist me in that process.

8. I verify under penalty of perjury that the foregoing statement is true and accurate to the best of my knowledge and belief.

*Sean Nelson*
SEAN NELSON
Reg. No. 55699-004
FCI
PO Box 9000
Forrest City, AR. 72336

Dated: November 7, 2001