UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6350-CR-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEAN NELSON,

    Defendant.

_____/

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please direct any and all pleadings, notices, correspondence or other matters pertaining to this cause to this attorney Mr. Lopez at the address listed.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

BY:   *s/Bernardo Lopez*
    Bernardo Lopez
    Assistant Federal Public Defender
    Florida Bar No. 884995
    One East Broward Boulevard, Suite 1100
    Fort Lauderdale, Florida 33301
    Tel: (954) 356-7436
    Fax: (954) 356-7556
    E-Mail: Bernardo_Lopez@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY certify that on __April 4, 2008__, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                                *s/Bernardo Lopez*

SERVICE LIST
United States District Court
Southern District of Florida

United States v. Sean Nelson
Case No. 00-6350-CR-GOLD

**Bernardo Lopez**
Bernardo_Lopez@fd.org
Assistant Federal Public Defender
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Tel: (954) 356-7436
Fax: (954) 356-7556
Attorney for Defendant
Service via CM/ECF

**United States Attorney's Office**
500 E Broward Boulevard, 7th Floor
Fort Lauderdale, FL 33301-3002
Tel:  954-356-7255
Fax: 954-356-7336
Attorney for Government
Service via U.S. Mail

J:\CRACK CASES\Nelson, Sean Reg 55699-004\Pleadings\Notice of Assignment.wpd