UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6350-Cr-GOLD

UNITED STATES OF AMERICA

v.

SEAN NELSON,

    Defendant.
_____/

## GOVERNMENT'S NOTICE OF APPEARANCE

The United States of America, through Lynn D. Rosenthal, Assistant United Stats Attorney, hereby files this, her Notice of Appearance as counsel on behalf of the United States of America.

    Respectfully submitted,

    R. ALEXANDER ACOSTA
    UNITED STATES ATTORNEY

    By:    /s/
    Lynn D. Rosenthal
    Assistant United States Attorney
    Florida Bar No. 343226
    500 East Broward Blvd.
    Fort Lauderdale, Florida 33394
    Tel: (954) 356-7255

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on April 13, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Dated:4/13/08

           _s/_ _____
           Lynn D. Rosenthal AUSA