JUDGE: ALAN S. GOLD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
301 NORTH MIAMI AVENUE, 10th FLOOR
MIAMI, FLORIDA 33128



SEAN NELSON                                CASE NO. 00-6350
REGISTER NO. 55699-004
FEDERAL CORRECTIONAL INSTITUTION
AUSTIN UNIT
P.O.BOX 15330                              DATE; APRIL 15, 2008
FORT WORTH, TEXAS   76119


Re: UNITED STATES OF AMERICA v SEAN NELSON

Dear Honorable Judge Gold,

Hello Honorable Judge! How are you? I am writing this letter to
ask this court to take in consideration that, my attorney, Mr. James
Walker III was ineffective. His lack of knowledge concerning federal
law has caused a miscarriage of justice.

He, was never certified through the Federal Bar Association, the
records indicate that he has no Federal Bar Association Number.
I feel that attorney Walker could have, have objected when my plea
agreement was breached by the prosecutor, Kathleen Rice. To breach a
plea agreement is violating a contract.

The Sixth Amendment guarantees a defendant the right to be repre-
sented by a competent attorney. Mr. Walker failed to present a dis-
covery and inspection. Mr. Walker failed to investigate the facts
and law of my Indictment. For example, "drug quantity" under federal
statutory penalties; of a Schedule II controlled substance.

    Count 1....21 U.S.C.§841(a)(1) and 18 U.S.C.§2

    Count 2....21 U.S.C.§841(b)(1)(A) and 18 U.S.C.§2

    Count 3.... 21 U.S.C.§841(b)(1)(B) and 18 U.S.C.§2

My mother paid Mr. Walker her life savings to see that I would re-
ceive a fair trial and sentence necessary for the seriousness of
the crime. Prosecutor never took into consideration my criminal
history as a first time offender. I was denied all eligibility
for safety valve relief. I was denied all points for acceptance
of responsibility after plea agreement was taken.

    "The Offense Conduct", defendant was entrapped by Detective
    Gresham. He purchased the drugs from the alleged confidential
    informant. ($1,600) was given to the CI from Detective Gresham
    and they both walked away. Defendant, Sean Nelson refused to accept
    any money.

                              Sincerely,
                              Sean nelson
                              Sean Nelson