UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6350-CR-GOLD

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

SEAN NELSON ,

       Defendant.
_____/

## ORDER REFERRING LETTER TO DEFENSE COUNSEL

      The defendant has filed a letter regarding ineffective assistance of counsel by his former attorney James O. Walker, III [DE 52]. Accordingly, it is hereby

      **ORDERED AND ADJUDGED** that the defendant's letter identified herein is hereby referred to Assistant Federal Public Defender Bernando Lopez.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of April, 2008.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies provided to:

AUSA Lynn D. Rosenthal

AFPD Bernardo Lopez

Sean Nelson
Reg. No. 55699-004
FCI
P O Box 15330
Ft. Worth, TX 76119