UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6350-CR-GOLD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SEAN NELSON,

      Defendant.

_____/

**DEFENDANT'S MOTION TO WAIVE PRESENCE AT HEARING**

      The defendant, Sean Nelson, by and through undersigned counsel, hereby files this motion to waive his presence at any hearing this Court may hold regarding Mr. Nelson's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c). Mr. Nelson is currently enrolled in the B.O.P.'s 500 hour intensive drug treatment course. If this Court schedules a hearing on Mr. Nelson's motion for sentence reduction, Mr. Nelson fears that a writ issued to secure his presence before this Court for such a hearing would jeopardize his ability to successfully complete this essential drug treatment course. Accordingly, Mr.

Nelson voluntarily waives his presence at any hearing this Court may hold with regard to his motion for sentence reduction currently pending before this Court.

          Respectfully submitted,

          KATHLEEN M. WILLIAMS
          FEDERAL PUBLIC DEFENDER

BY:    *s/Bernardo Lopez*
          Bernardo Lopez
          Assistant Federal Public Defender
          Florida Bar No. 884995
          One East Broward Boulevard, Suite 1100
          Fort Lauderdale, Florida 33301
          Tel: (954) 356-7436
          Fax: (954) 356-7556
          E-Mail: Bernardo_Lopez@fd.org

### CERTIFICATE OF SERVICE

I HEREBY certify that on  July 31, 2008 , I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          *s/Bernardo Lopez*

**SERVICE LIST**
**United States District Court**
**Southern District of Florida**

**United States v. Sean Nelson**
**Case No. 00-6350-CR-GOLD**

**Bernardo Lopez**
Bernardo_Lopez@fd.org
Assistant Federal Public Defender
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Tel: (954) 356-7436
Fax: (954) 356-7556
Attorney for Defendant
Service via CM/ECF

**Lynn D. Rosenthal**
Lynn.Rosenthal@usdoj.gov
United States Attorney's Office
500 E Broward Boulevard, 7th Floor
Fort Lauderdale, FL 33301-3002
Tel:  954-356-7255
Fax: 954-356-7336
Attorney for Government
Service via U.S. Mail

J:\CRACK CASES\Nelson, Sean Reg 55699-004\Pleadings\WaiveAppearance.wpd