UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6350-CR-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEAN NELSON,

    Defendant.

_____/

**ORDER GRANTING MOTION TO WAIVE PRESENCE AT HEARING**

THIS CAUSE having come before the Court on the Motion to Waive Presence at Hearing and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the motion to waive presence is hereby GRANTED.

DONE AND ORDERED at Miami, Florida, this _____ day of August, 2008.

                              ALAN S. GOLD
                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record