UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6350-CR-GOLD

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

SEAN NELSON ,

       Defendant.
_____/

### ORDER SETTING MOTION HEARING

      This matter is before this Court pursuant to the defendant's *pro se* motion pursuant to Title 18 U.S.C. § 3582(c)(2) based upon the retroactivity of the crack amendment to the sentencing guidelines effective March 3, 2008 [**DE 46**], it is hereby

    **ORDERED AND ADJUDGED** that the motion is set for hearing before the undersigned for **Friday, September 26, 2008 at 11:00 a.m.**, at the Wilkie D. Ferguson U.S. Courthouse, 400 North Miami Avenue, Courtroom 11-1, 11th floor, Miami, Florida 33128.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of September, 2008

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies provided to:
AUSA Lynn D. Rosenthal

Bernardo Lopez, Asst. Federal Public Defender

Sean Nelson
Reg. No. 55699-004
FCI
P O Box 15330
Ft. Worth, TX 76119